IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:00CR00146-001BO
NO. 5:00CR00146-002BO

| | |
|---|---|
| UNITED STATE OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| OCEAN ISLE ENTERPRISES, INC., | ) |
| OCEAN ISLE DEVELOPING | ) |
| COMPANY, INC., | ) |
| | ) |
| Defendants. | ) |

ORDER GRANTING MOTION TO
CHANGE NAME OF RESTITUTION PAYEE
AND FOR ORDER OF DISTRIBUTION

For good cause having been shown by the United States of America, the Court orders the following:

1. That the name of the restitution payee in the above cited cases be changed to North Carolina Department of Transportation.

2. That the Financial Section of the U. S. District Court is hereby authorized to disburse any funds currently held in these cases to North Carolina Department of Transportation, Attention: Kim Padfield, at 1514 Mail Service Center, Raleigh, NC 27699-1514.

SO ORDERED this 16 day of November, 2016.

*Terrence W. Boyle*
Terrence W. Boyle
United States District Judge